# EXHIBIT F



☎ 718 384 8040
📠 718 388 3516
✉ info@targemtranslations.com
🌐 TargemTranslations.com

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Chinese into English and vice versa; and they have professionally translated the document referenced as "Agreement" from Chinese into English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: June 29, 2020

_____
Wolf Markowitz

_____
Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

**TARGEM TRANSLATIONS**

协议书

Agreement

Party A: Wheel Choice LLC and AM Distributors LLC
Party B: Jiangsu Sainty Machinery Imp.&Exp.Co.,Ltd

双方就已经出现断裂轮毂撕裂的情况，达成以下协议：

Both parties confirm the agreement as the below:

1、江苏舜天国际集团机械进出口有限公司同意补偿$20,000.00 现金。（共计￥140,000.00，其中￥100,000.00 于 2018 年 10 月 19 日之前给他，剩余￥40,000.00 SEMA 展会给他）

1. Party A agrees to pay Party B USD20000.00(RMB140000.00). this payment is to paid by party B to Party A as follows; ￥100,000.00 in USD equivalent will be wired to Party A before October 19, 2018.; The remaining ￥40,000.00 in USD equivalent will be given by cash on SEMA during 30th OCT to 2th,Nov. to Party A or designee.

2、为了处理后期可能出现轮毂撕裂类似问题，江苏舜天国际集团机械进出口有限公司同意 WHEEL CHOICE LLC 保留 300 只轮毂作善后处理。

2. Party A is allowed to keep 300 pcs wheels free and clear as part of compensation.

3、WHEEL CHOICE LLC 已卖出的 400 只轮子，共计 $33,731.00.WHEEL CHOICE LLC 需在 2019 年 6 月之前分批全部付清。；

3. the wheels sold amount USD33731.00 has to pay to PartyB before 1st of june 2019; the total amount invoice is attached;

4.自该协议签订之日起，需在 2 周内完成仓库剩余货物的退运事宜

4. Part B will arrange and pay for pickup of all the remaining wheels in Party A warehouse, within 2 weeks of the date this agreement is signed.

2018 年 10 月 9 日

October 9TH, 2018

PARTY A: *Rafael Pirutinsky*

PARTY B:

# AGREEMENT

Party A: Wheel Choice LLC and AM Distributors LLC
Party B: Jiangsu Sainty Machinery Imp. & Exp. Co., Ltd.

Both parties have hereby entered into the following agreement regarding the cracked wheels:

1. Jiangsu Sainty Machinery Imp. & Exp. Co., Ltd. agrees to pay a cash compensation in the amount of $20,000.00, (which shall be equivalent to RMB ¥140,000.00, of which RMB ¥100,000.00 shall be paid to Party A by October 19, 2018, and the remaining RMB ¥40,000.00 shall be paid at the SEMA Show).

2. Jiangsu Sainty Machinery Imp. & Exp. Co., Ltd. agrees that Wheel Choice LLC may keep 300 wheels free and clear as replacements for any potential cracked wheels in the future.

3. Wheel Choice LLC has sold 400 wheels, which total $33,731.00. Wheel Choice LLC must pay this amount to Party B by instalment, with the last payment made before June 2019.

4. The remaining goods in the warehouse must be shipped as returns within two weeks of the date of the signing of this agreement.

October 9, 2018

PARTY A: *Rafael Pirutinsky*

PARTY B: