**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WHEEL CHOICE, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>SAINTY GROUP (U.S.A.), INC., JIANGSU SAINTY MACHINERY and IMP. & EXP. CO. LTD. and CHOICE AUTO, INC.<br><br>　　　　　　　　　Defendants. | Case No.: 7:20-cv-05629 (CS) |

**NOTICE OF DEFENDANT**
**JIANGSU SAINTY MACHINERY AND IMP. & EXP. CO. LTD.'S**
**MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Jiangsu Sainty Machinery and Imp. & Exp. Co. Ltd.'s Motion to Dismiss Plaintiff's Second Amended Complaint, and all the prior pleadings and proceedings in this action, Defendant Jiangsu Sainty Machinery and Imp. & Exp. Co. Ltd. ("Jiangsu") will move this Court, before the Honorable Cathy Seibel, United States District Judge, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4150, at a time to be determined by the Court, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the claims against Jiangsu in the Second Amended Complaint (Doc. 35) with prejudice and awarding such other relief as the Court may find proper.

Dated: New York, New York
      March 1, 2021

Respectfully submitted,

ZHONG LUN NEW YORK LLP

By: /s/ Kenneth M. Katz
Kenneth M. Katz
Kerry J. Kaltenbach
Two Wall Street, 21st Floor
New York, NY  10005
e-mail: kenkatz@zhonglun.com
e-mail: kerrykaltenbach@zhonglun.com
tel: (212) 380-8388
fax: (212) 810-1995

Leodis C. Matthews
(*pro hac vice admission anticipated*)
ZHONG LUN LAW FIRM LLP
4322 Wilshire Blvd. Suite 200
Los Angeles, CA  90025
email: leodismatthews@zhonglun.com
tel: (323) 930-5690
fax: (323) 930-5693

*Attorneys for Defendant Jiangsu Sainty Machinery and Imp. & Exp. Co. Ltd.*