THE LAW OFFICE OF JEREMY ROSENBERG
ATTORNEY AT LAW
777 CHESTNUT RIDGE ROAD, SUITE 202
CHESTNUT RIDGE, NEW YORK 10977

(845) 729-1172

Fax: (212) 967-2755

February 21, 2023

**VIA ECF & E-MAIL**
The Honorable Justice Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

>   **Wheel Choice, LLC v. Sainty Group et al.**
>   **Case No. 7:20-CV-05629 (CS)**

Dear Justice Seibel:

As the court is aware, I represent plaintiff Wheel Choice, LLC ("Wheel Choice"), in the above-referenced action. I write on behalf of plaintiff Wheel Choice and defendant Jiangsu Sainty Machinery and Imp. & Exp. Co. Ltd. ("Jiangsu").

The parties are pleased to report to the Court that a settlement agreement in principal has been reached in the above-referenced action. To that end, the parties have begun memorializing the settlement agreement to writing. Notwithstanding such however, it may take a few weeks to finalize, execute and implement a fully integrated settlement agreement. As such, the parties respectfully request that the Court extend the stay of discovery due to expire on February 24, 2023, until and including April 14, 2023. Such extension should provide sufficient time for the parties to finalize and execute the settlement agreement.

The parties thank the Court in advance for any courtesy extended in this regard.

> Respectfully submitted,
>
> Jeremy Rosenberg (JR-4111)

cc:   Kenneth Katz, Esq.

{00034295.DOCX}